# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# No. 5:10-cv-66-F

| | |
|---|---|
| LOUIS RACICK )<br>Plaintiff, )<br> )<br>v. )<br> )<br>DOMINION LAW ASSOCIATES, a )<br>Division of Pender Coward; )<br>T. Camille French )<br>Defendants. ) | **PLAINTIFF'S MOTION<br>TO STRIKE AFFIRMATIVE<br>DEFENSES PURSUANT<br>TO RULE 12(f) OF THE<br>FEDERAL RULES OF<br>CIVIL PROCEDURE** |

## MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES

### Relief Sought

Plaintiff moves the court for an order striking Defendants' THIRD, FIFTH, SIXTH, SEVENTH, EIGHTH, NINTH, TENTH, TWELFTH, and THIRTEENTH Affirmative Defenses from their Answer (D.E. #5) pursuant to FED. R. CIV. P. 12(f).

### Grounds for Relief

The grounds for this Motion are explained in the accompanying Memorandum of Law in support of this Motion.

### Record Supporting Motion

This Motion is based on this Notice of Motion, exhibits and case law submitted herewith, and the pleadings and papers on file in this action and upon further evidence that may be presented at the time of oral hearing on this matter, if any is held. This Motion is made pursuant to Local Rules 7.1 and 7.2.

Respectfully submitted this the 30th day of April, 2010,

                          MARTIN ATTORNEY AT LAW, PLLC
                          By: <u>/s/Angela O. Martin</u>
                          Angela O. Martin, Esq.
                          NC Bar 34951
                          Attorney for Plaintiff
                          Martin Attorney at Law, PLLC
                          1911 Keller Andrews Road
                          Sanford, North Carolina  27330
                          (919) 708-7477, FAX: (888) 872-4232
                          angela@angelamartinlaw.com

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-cv-66-F

| | |
|---|---|
| LOUIS RACICK | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **DOMINION LAW ASSOCIATES, a** | ) |
| **Division of Pender Coward;** | ) |
| **T. Camille French** | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I certify that on April 30, 2010, I electronically filed the foregoing Motion Strike Defendants' affirmative defenses with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Caren Enloe
Smith Debnam Drake Narron Saintsing & Myers, LLP
4601 Six Forks Road, Ste. 400
Raleigh, NC 27609
cenloe@smithdebnam.com

Respectfully submitted this the 30th day of April, 2010,

                         MARTIN ATTORNEY AT LAW, PLLC

                         By: /s/Angela O. Martin
                         Angela O. Martin, Esq.
                         NC Bar 34951
                         Attorney for Plaintiff
                         Martin Attorney at Law, PLLC
                         1911 Keller Andrews Road
                         Sanford, North Carolina 27330
                         (919) 708-7477, FAX: (888) 872-4232
                         angela@angelamartinlaw.com